IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT WESLEY JACKSON, #1940448 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv232 |
| LORIE DAVIS, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Robert Wesley Jackson, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (Dkt. #14) concluding that Plaintiff's civil action should be dismissed as the claims or issues have already been decided in a prior action on the merits.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. The court, therefore, adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is therefore

**ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice. All motions not previously ruled on are **DENIED**.

**SIGNED** this the 21 day of **August, 2018.**

_____
Thad Heartfield
United States District Judge